UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>MARCOS VELOZ,<br><br>                Defendant. | CASE NO.: 25 Cr. 428 (LGS)<br><br>**BAIL MODIFICATION AND SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is Defendant Marcos Veloz's application for modification of his bail conditions to reduce his monitoring condition from home detention to curfew. After hearing argument from the parties and receiving information from Pretrial Services, which agrees with the requested modification, IT IS HEREBY ORDERED that Mr. Veloz's bail conditions are modified from home detention to curfew, to be set by and in consultation with Pretrial Services.

The telephone conference scheduled for Thursday, September 25, 2025 is **RESCHEDULED** to **Friday, October 17, 2025 at 9:30 am** on the Court's conference line. The parties, including Mr. Veloz, are directed to call: (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:      New York, New York
              September 23, 2025

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**