UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MARCOS VELOZ,

              Defendant.

CASE NO.: 25 Cr. 428 (LGS)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for **Friday, October 17, 2025 at 9:30 am** is **RESCHEDULED** to **10:00 am** on the same day. The parties, including Mr. Veloz, are directed to call: (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
            October 16, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**