UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>MARCOS VELOZ,<br><br>                    Defendant. | ~~[PROPOSED ORDER]~~<br><br>25 Cr. 428 (LGS) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Sarah L. Cave on September 23, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
              October 28, 2025

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE