UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                     -against-

   MARCOS VELOZ,
                               Defendant.
------------------------------------------------------------X

25 Cr. 428 (LGS)

<u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that Defendant Marcos Veloz's sentencing hearing will be held on **February 17, 2026**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **January 27, 2026**.  The Government's pre-sentencing submission, if any, shall be filed by **January 30, 2026.**

Dated: October 28, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**