UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -v-<br><br>MARCOS VELOZ,<br><br>                         Defendant. | CASE NO.: 25 Cr. 428 (LGS)<br><br>**<u>BAIL MODIFICATION ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Bail Hearing held today, November 7, 2025, the curfew for Defendant Marcos Velos shall be from 11:15 p.m. until 7:00 a.m., each day. In other words, Mr. Veloz <u>must</u> return to his residence <u>each</u> night <u>no</u> <u>later</u> <u>than</u> 11:15 p.m.

The Telephone Conference scheduled for **Friday, November 14, 2025 at 9:30 am** remains in place. The parties, including Mr. Veloz, are directed to call (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
          November 7, 2025

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**