UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MARCOS VELOZ,

                Defendant.

CASE NO.: 25 Cr. 428 (LGS)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the government shutdown and the ongoing lapse in appropriations, Court operations will be suspended on Fridays effective November 14, 2025, except for emergency excepted activities. Accordingly, the Telephone Conference scheduled for Friday, November 14, 2025 at 9:30 am is **ADJOURNED** to **Monday, November 17, 2025 at 9:30 am**. The parties, including Mr. Veloz, are directed to call: (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:    New York, New York
             November 10, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**