UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

MARCOS VELOZ,

            Defendant.

CASE NO.: 25 Cr. 428 (LGS)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Friday, December 5, 2025 is **RESCHEDULED** to

**Monday, December 8, 2025 at 9:30 am**.  The parties, including Mr. Veloz, are directed to call:

(855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:     New York, New York
           December 5, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**