UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

                                  :

UNITED STATES OF AMERICA

                                  :   25 Cr. 428-1 (LGS)

    -against-                 :   <u>ORDER</u>

                                  :

Marcos Veloz

                                  :

        Defendant

                                  :

-------------------------------------X

SARAH L. CAVE, U.S. Magistrate Judge:

It is hereby ORDERED that the defendant's bail is modified to include the following: Defendant shall avoid any contact, directly or indirectly, with his co-defendants in New York County Indictment No. 75424-25 unless in the presence of counsel.

     Dated: New York, New York
          December 12, 2025

                               SO ORDERED:

                                _____

                                SARAH L. CAVE
                                U.S. Magistrate Judge