UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MARCOS VELOZ,

                    Defendant.

CASE NO.: 25 Cr. 428 (LGS)

**BAIL MODIFICATION ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference today during which the Court was advised of the status of Defendant Marcos Veloz's compliance with his bail conditions, Mr. Veloz's application for modification of the bail conditions to permit travel to the District of New Jersey for work purposes with prior advance notice to his Pretrial Services Officer is GRANTED.  For any day on which Mr. Veloz anticipates travel to the District of New Jersey for work purposes, he must notify his Pretrial Services Officer the day before or as soon as reasonable possible.  All other bail conditions remain in effect.  By January 29, 2025, the parties shall file a letter advising the Court of the status of Mr. Veloz's compliance with his bail conditions.  The Pretrial Services Officer may notify the Court by email with copy to the parties.

Dated:        New York, New York
              January 8, 2026

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**