# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2026

*Via Email and CM/ECF*
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Marcos Veloz*,
       25 Cr. 428 (LGS)

Dear Judge Schofield,

Application Granted.  The sentencing hearing currently scheduled for February 17, 2026, is adjourned to **April 7, 2026, at 11:00 a.m**.  The final Pre-sentence Report shall be completed by **March 6, 2026**.  Defendant's sentencing submission shall be filed by **March 16, 2026**.  The Government's sentencing submission shall be filed by **March 19, 2026**.  The Clerk of the Court is directed to terminate the letter motion at docket number 36.

Dated: January 14, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

        I write to respectfully request that the Court adjourn Marcos Veloz's sentencing date in the above-captioned case by 45 days, with a commensurate extension of the parties' sentencing submission deadlines and the deadline to publish the final Pre-Sentence Report. The Government, by AUSA Ariana Bloom, does not object to this application. United States Probation, by Officer Megan Henriquez, also does not object to this application. Sentencing is currently scheduled for February 17, 2026, at 11:00a.m. and this is the defense's first request for an adjournment.

        An adjournment is necessary for two principal reasons. First, I begin an alleged fraud trial before Judge Failla on January 26 in the matter of *United States v. Michael Brown*, 20 Cr. 524 (KPF). Second, I am arranging a psychological evaluation of Mr. Veloz that is pertinent to the Court's application of the Section 3553(a) factors to his case. I plan on sharing the results of the evaluation with Probation in the first instance for inclusion in the final PSR and require additional time to see these efforts through. I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack
AFD, SDNY
646-315-1527

Cc:    AUSA Ariana Bloom