# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 13, 2026

*Via Email and CM/ECF*
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted.  The sentencing currently scheduled for April 7, 2026, is adjourned to **June 1, 2026, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **May 11, 2026**.  The Government's sentencing submission shall be filed by **May 14, 2026**.  The Clerk of the Court is directed to terminate the letter motion at docket number 41.
Dated: March 24, 2026
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:    *United States v. Marcos Veloz*,
       25 Cr. 428 (LGS)

Dear Judge Schofield,

I write to respectfully request that the Court adjourn Marcos Veloz's sentencing date in the above-captioned case by 30 days, with a commensurate extension of the parties' sentencing submission deadlines and the deadline to publish the final Pre-Sentence Report. This is the defense's second request for an adjournment of sentencing. On the understanding that the defense will not seek further adjournments, neither the Government, by AUSA Ariana Bloom, nor United States Probation, by Officer Megan Henriquez, objects to this application. Sentencing is currently scheduled for April 7, 2026, at 11:00a.m.

An adjournment is warranted for two principal reasons. First, the trial that I was supposed to start on January 26, 2026, before Judge Failla (*United States v. Mike Brown*, 20 Cr. 524 (KPF)) was adjourned to April 7, 2026, due to an issue identified by the defense on January 27, 2026, regarding the Government's cooperating witness. I was hopeful that the case would resolve because of the adjournment, but we remain headed for trial.

Second, I am awaiting a formal report from the forensic psychologist whom I retained to evaluate Mr. Veloz. The psychological report, which I understand is nearly complete and forthcoming, will bear on the Court's application of the Section 3553(a) factors to Mr. Veloz and on Probation's ultimate sentencing recommendation in the final PSR.

Pertinent to this application, Mr. Veloz continues to maintain good compliance with his bail conditions and curfew, and the parties are engaged in weekly check-ins with Judge Cave. Mr. Veloz also remains employed.

2

I thank the Court for considering this unopposed application.

Respectfully Submitted,

Andrew John Dalack
AFD, SDNY
646-315-1527

Cc:   Counsel of Record
      Officer Megan Henriquez