UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

MARCOS VELOZ,

          Defendant.

CASE NO.: 25 Cr. 428 (LGS)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Friday, June 26, 2026 at 1:00 pm**. The parties, including Mr. Veloz, are directed to call: (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:     New York, New York
             June 12, 2026

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**